[No. 2345-2.   Division Two.   January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 66284, John H. Kirkwood, J., entered

March 5, 1976. *Affirmed* by unpublished per curiam opinion.